# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150643(106)(108)(111)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

BOBAN TEMELKOSKI,
     Defendant-Appellant.

_____/

SC: 150643
COA: 313670
Wayne CC: 94-000424-FH

       On order of the Chief Justice, the separate motions of the Law Professors and the Association for the Treatment of Sexual Abusers *et al*. to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those entities on September 2, 2016, are accepted for filing. On further order of the Chief Justice, the motion of defendant-appellant to file a reply in excess of the page limit restriction is GRANTED. The 16-page reply submitted on September 7, 2016, is accepted for filing.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2016

